DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place Ste. 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288
mrwork1@gmail.com

Attorney for Petitioner,
CERON HILL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON HILL (G18194), Petitioner,<br>   vs.<br>MARTIN BITER, as Warden KVSP;  E. BROWN JR as Governor et. al.,<br>                    Respondents. | Case. No.2:12-cv-02098-MCE-DAD<br><br>STIPULATION TO SET HEARING AND ORDER CALENDARING HEARING |

THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on Warden's motion to dismiss (doc. 18) now calendared on March 15, 2013 at 10:00 a.m. in the courtroom of the Hon. Dale Drozd, United States Magistrate  Judge, should be continued for good cause (to wit: the illness of petitioner's counsel) to April 19, 2013 at 10:00 a.m. in the same courtroom.

2. A response to the motion shall be filed no later that the close of business on April 5, 2013. A reply, if any, may be filed no later than the close of business on April 15, 2013.

3. A proposed order, paginated so as to be a freestanding document, is

//

//

//

//

STIPULATION / ORDER TO SET/CONINUE HEARING ON DOC. 18

annexed.

4. A true copy hereof, set in Microsoft Word® format, shall have by close of business this day been filed at <dadorders@caed.uscourts.gov>.

SO AGREED AND STIPULATED

DATED:     03/13/2013          Respectfully Submitted:

//s// Donald Bergerson
_____
DONALD THOMAS BERGERSON
CSBN 91263
Attorney for Petitioner, HILL



.                                //s// Catherine Chatman
_____
CATHERINE CHATMAN,
Counsel for Respondents,
WARDEN et. al.

PROOF OF SERVICE

I, DONALD THOMAS BERGERSON, declare that I am over 18 years of age and not a party hereto and that on March 13, 2013 I served a true copy of this NOTICE on Respondent, through counsel the Attorney General of California and Catherine Chatman, Deputy, via this Court's ECF filing system. I declare under penalty of perjury that this is true save for portions alleged on information and belief, which portions I believe to be true.  EXECUTED: City and County of San Francisco, CA., this March 13, 2013, by:

//s// Donald Thomas Bergerson
_____
DONALD THOMAS BERGERSON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON HILL (G18194), Petitioner,<br>    vs.<br>MARTIN BITER, as Warden KVSP;  E. BROWN JR as Governor et. al.,<br>                Respondents. | Case. No.2:12-cv-2098-MCE-DAD<br><br>ORDER CALENDARING HEARING |

THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on Warden's motion to dismiss (doc. 18) now calendared on March 15, 2013 at 10:00 a.m. in the courtroom of the Hon. Dale Drozd, United States Magistrate Judge, is, by stipulation, continued for good cause (to wit: the illness of petitioner's counsel) to April 19, 2013 at 10:00 a.m. in the same courtroom.

2. A response to the motion shall be filed no later than the close of business on April 5, 2013. A reply, if any, may be filed no later than the close of business on April 12, 2013.

IT IS SO ORDERED.

Dated:  March 14, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.habeas/hill2098.stip