1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CERON HILL,

11          Petitioner,                    No. 2:12-cv-2098 MCE DAD (PC)

12       vs.

13  MARTIN BITER, et al.,

14          Respondents.              ORDER TO SHOW CAUSE

15  _____/

16          On January 29, 2013, respondents filed a motion to dismiss this habeas action as

17  barred by the applicable one year statute of limitations in 28 U.S.C. § 2244(d).  Pursuant to

18  stipulation of the parties, eneterd by counsel, and order of this court (ECF No. 22), the motion is

19  set for hearing before the undersigned on April 19, 2013, at 10:00 a.m.  Petitioner's opposition to

20  the pending motion to dismiss was due to be filed and served on April 5, 2013.  However, the

21  deadline for filing opposition to the motion and neither petitioner's counsel nor petitioner himself

22  have  responded to the motion in any way.

23          Local Rule 230(c) requires that a party timely file an opposition to the motion or a

24  statement of no opposition, and provides in part:  "No party will be entitled to be heard in

25  opposition to a motion at oral arguments if opposition to the motion has not been timely filed by

26  that party."  L.R. 230(c).

1

1    Good cause appearing, IT IS HEREBY ORDERED that within five days from the

2  date of this order petitioner, through his counsel of record, shall show cause, if any he has, why

3  the hearing set for April 19, 2013 should not be dropped from the court's April 19, 2013 calendar

4  and respondents' motion to dismiss granted as unopposed.

5  DATED: April 11, 2013.

6

7  _____

8  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

9

10  dad1.habeas
    hill12cv2098.osc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2