IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CERON HILL,**<br><br>Petitioner,<br><br>v.<br><br>**MARTIN BITER, et al.,**<br><br>Respondents. | Case No. 2:12-cv-2098 MCE DAD<br><br>**ORDER REVISING BRIEFING SCHEDULE AND CALENDARING HEARING** |

    Respondent in this federal habeas case has submitted a request to modify the scheduling order issued April 17, 2013, and to continue the hearing currently set for June 7, 2013, to which counsel for Petitioner has no objection.

    Good cause appearing, Respondent's reply to Petitioner's response to the motion to dismiss the petition for writ of habeas corpus shall be filed on or before June 21, 2013.  The hearing on the motion to dismiss is continued for good cause to June 28, 2013 in Courtroom 27.

Dated: June 4, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

Dad1.habeas/hill2098.ext