DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place Ste. 2D
San Francisco, CA., 94103
Telephone:  (415) 621-8149
Facsimile   : (415) 920-9288
mrwork1@gmail.com

Attorney for Petitioner,
CERON HILL

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON HILL (G18194), Petitioner, ) | Case. No.2:12-cv—02098-MCE-DAD |
|      vs. ) | |
| MARTIN BITER, as Warden KVSP;  E. ) | STIPULATION TO CONTINUE |
| BROWN JR as Governor et. al., ) | HEARING AND PROPOSED |
|      Respondents. ) | ORDER CALENDARING |
| ) | HEARING |

THE PARTIES STIPULATE AS FOLLOWS:

1. The hearing on Warden's motion to dismiss (doc. 18) now calendared on June 28, 2013 at 10:00 a.m. in the courtroom of the Hon. Dale Drozd, United States Magistrate  Judge, should be continued for good cause due to the illness of counsel, to August 9, 2013 at 10:00 a.m.

2. A proposed order, paginated so as to be a freestanding document, is annexed.

3. A true copy hereof, set in Microsoft Word® format, shall have by close of

STIPULATION / ORDER TO SET/CONINUE HEARING ON DOC. 18

business this day been filed at dadorders@caed.uscourts.gov.

       SO AGREED AND STIPULATED

DATED:    06/27/2013     Respectfully Submitted:

       //s// Donald Bergerson

       _____
       DONALD THOMAS BERGERSON
       CSBN 91263
       Attorney for Petitioner, HILL

.       //s// Catherine Chatman

       _____

       CATHERINE CHATMAN,
       Counsel for Respondents,
       WARDEN et. al.

## PROOF OF SERVICE

     I, DONALD THOMAS BERGERSON, declare that I am over 18 years of age and not a party hereto and that on June 27, 2013 I served a true copy of this NOTICE on Respondent, through counsel the Attorney General of California and Catherine Chatman, Deputy, via this Court's ECF filing system. I declare under penalty of perjury that this is true save for portions alleged on information and belief, which portions I believe to be true.  EXECUTED: City and County of San Francisco, CA., this June 27, 2013, by:

       //s// Donald Thomas Bergerson

       _____
       DONALD THOMAS BERGERSON

STIPULATION / ORDER TO SET/CONINUE HEARING ON DOC. 18

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CERON HILL (G18194), Petitioner,   )   Case. No.2:12-cv—02098-MCE-DAD
      vs.   )
MARTIN BITER, as Warden KVSP;  E.   )
BROWN JR as Governor et. al.,   )
           Respondents.   )   ORDER CALENDARING
   )   HEARING

THE PARTIES STIPULATE AS FOLLOWS:

The hearing on Warden's motion to dismiss (doc. 18) now calendared on June 27, 2013 at 10:00 a.m. in the courtroom of the Hon. Dale Drozd, United States Magistrate  Judge, is, by stipulation, continued for good cause (to wit: the illness of petitioner's counsel) to August 9, 2013 at 10:00 a.m. in the same courtroom.

IT IS SO ORDERED.

Dated:  June 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.habeas
hill2098.stp

STIPULATION / ORDER TO SET/CONINUE HEARING ON DOC. 18