UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON HILL, | No. 2:12-cv-2098 MCE DAD P |
| Petitioner, | |
| v. | ORDER |
| MARTIN BITER, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 16, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2013 (ECF No. 34), are ADOPTED in full;

2. Respondents' January 29, 2013 motion to dismiss (ECF No. 18) is DENIED;

3. Respondents are directed to file an answer to petitioner's habeas petition within sixty days from the date of this order, see Rule 4, 28 U.S.C. foll. § 2254, accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254; and

4. Petitioner's traverse, if any, be filed and served within thirty days after service of the answer.

Dated: September 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT