UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CERON HILL,

        Petitioner,

    v.

MARTIN D. BITER,

        Respondent.

No.  2:12-cv-2098 MCE DAD P

<u>ORDER TO SHOW CAUSE</u>

      Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's habeas petition was filed on August 10, 2012.  After a motion to dismiss filed by respondent was denied by the court, respondent filed an answer to the petition on February 13, 2014.  On March 20, 2014, counsel for petitioner filed a motion for extension of time to file a traverse.  By order dated April 10, 2014, petitioner was granted 30 days to file a traverse.  On July 10, 2014, counsel for petitioner filed another, belated, request for extension of time to file a traverse.  By order dated September 25, 2014, petitioner was granted another 30 days to file a traverse.  As of the date of this order, still no traverse has been filed by petitioner's counsel.  In addition, the undersigned has been forwarded an email from petitioner's mother, in which she expresses concern that petitioner's counsel has not complied with this court's order to file a traverse notwithstanding the fact that counsel was retained to represent her son in this habeas action.

1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that counsel for
2  petitioner show cause in writing within 30 days why monetary sanctions should not be imposed
3  on counsel for his failure to file a traverse pursuant to this court's order of September 25, 2014.
4  Dated: September 9, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Biter2098.osc