UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON HILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN D. BITER,<br><br>　　　　　Respondent. | No.  2:12-cv-2098 MCE DAD P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's habeas petition was filed on August 10, 2012.  After respondent's motion to dismiss was denied, respondent filed an answer to the petition on February 13, 2014.  On March 20, 2014, counsel for petitioner filed a motion for extension of time to file a traverse.  By order dated April 10, 2014, petitioner was granted 30 days to file a traverse.  On July 10, 2014, counsel for petitioner filed another request for extension of time to file a traverse.  By order dated July 25, 2014, petitioner was granted another 30 days to file a traverse.  Petitioner failed to comply with the July 25, 2014 order.  Accordingly, on September 10, 2014, the undersigned issued an order directing petitioner's counsel to show cause in writing why monetary sanctions should not be imposed on counsel for his failure to file a timely traverse.

1

On October 30, 2014, petitioner's counsel filed a response to the order to show cause. Therein, he explains that medical difficulties have prevented him from filing a timely traverse. (ECF No. 50.) Petitioner's counsel also requests a final extension of thirty to forty-five days to allow him to file a traverse. (Id.) Good cause appearing, the order to show cause will be discharged and petitioner's counsel will be granted a forty-five day extension of time from the date of this order to file a traverse in this action. No further extensions of time will be granted for this purpose absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. The September 10, 2014 order to show cause is discharged; and

2. Petitioner shall file a traverse within forty-five days of this order. No further extensions of time will be granted for this purpose absent a showing of extraordinary cause.

Dated: November 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Hill2098.ext