UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CERON HILL,

    Petitioner,

  v.

MARTIN D. BITER,

    Respondent.

No. 2:12-cv-2098 MCE DAD P

ORDER

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the petition on February 13, 2014. Thereafter, petitioner's counsel of record requested and received extensions of time to file a traverse. Despite the granting of extensions of time, no traverse was filed. Petitioner has now submitted a proposed substitution of counsel to which his current counsel of record has stipulated. (Doc. No. 52.) The proposed substitution of counsel will be allowed and petitioner's new counsel will be granted sixty days within which to file a traverse. After the traverse is filed, this matter will stand submitted for decision.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's proposed substitution of counsel is granted. Joseph J. Wiseman, CSBN 107403, Wiseman Law Group, 1477 Drew Avenue, Suite 106, Davis, California 95618,

/////

1

1 | 530.759.0700, is substituted for Donald T. Bergerson as attorney of record for petitioner in this
2 | case; and
3 |     2. Petitioner shall file a traverse within 60 days of the filed date of this order, absent
4 | further order of court.
5 | Dated:  March 16, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD: 8
hill2098.sub